Andrew T. Ryan (SBN
The Ryan Law Group
317 Rosecrans Ave.
Manhattan Beach, CA 90266
Tel: 310-299-9550
Email: andrew.ryan@theryanlawgroup.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JEREMIAH BALLEW and ELENI HONDERICH, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HUUUGE, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. 2:23-cv-04324-GW (AGR*x*)<br><br>Assigned to Judge George H. Wu<br><br>**NOTICE OF LODING PROPOSED ORDER** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs hereby lodge the attached [Proposed] Order regarding their Status Report Re Motion for Motion for Preliminary Approval of Class Action Settlement, Provisional Certification of Settlement Class, and Approval of Procedure for and Form of Notice.

                                         THE RYAN LAW GROUP

Dated: July 25, 2024                By: */s/Andrew T. Ryan*
                                            Andrew T. Ryan, Esq.
                                            Counsel for Plaintiffs Sara Ochoa and Kimberly Brown