1  Andrew T. Ryan (SBN
   The Ryan Law Group
2  317 Rosecrans Ave.
   Manhattan Beach, CA 90266
3  Tel: 310-299-9550
   Email: andrew.ryan@theryanlawgroup.com
4
   Attorneys for Plaintiffs
5

6

7

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

10 | WESTERN DIVISION

11 | JEREMIAH BALLEW and ELENI HONDERICH, on behalf of themselves and those similarly situated, | CASE NO. 2:23-cv-04324-GW (AGRx)

12 | | Assigned to Judge George H. Wu

13 | Plaintiffs, | **PLAINTIFFS' NOTICE OF MOTION AND RENEWED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, PROVISIONAL CERTIFICATION OF SETTLEMENT CLASS, AND APPROVAL OF PROCEDURE FOR AND FORM OF NOTICE**

14 | v. |

15 | HUUUGE, INC., a Delaware corporation, |

16 | |

17 | Defendant. |

18 | | Date:       Jan. 16, 2025
         Time:       8:30 a.m.
19 | | Courtroom:  9D
         Judge:      Hon. George H. Wu
20

21

22

23

24

25

26

27

28

---

NOTICE OF MOTION FOR PRELIM. APPROVAL OF CLASS ACTION SETTLEMENT - 2:23-CV-04324

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on January 16, 2025 at 8:30 a.m. or as soon thereafter as counsel may be heard in Courtroom 9D of the above-captioned Court located at the 9th Floor at 350 West 1st Street, Los Angeles, California 90012, Plaintiffs Jeremiah Ballew and Eleni Honderich ("Plaintiffs"), by and through their undersigned counsel of record, will and hereby do renew their motion pursuant to Rule 23(e)(2) of the Federal Rules of Civil Procedure, for the Court to grant preliminary approval of the Class Action Settlement Agreement and Release of Claims (the "Settlement") attached as Exhibit 1 to the Declaration of Andrew Ryan [Dkt. 44] and as amended by the parties as described in the concurrently filed memorandum in support of approval.

Specifically, Plaintiffs respectfully request that the Court enter the [Proposed] Preliminary Approval Order, which: (1) preliminarily approves the Settlement as amended; (2) certifies the Settlement Class; (3) appoints Jeremiah Ballew and Eleni Honderich as the class representatives for the Settlement Class, (4) appoints Andrew Ryan as Class Counsel; (5) appoints Angeion Group as the settlement administrator; (6) approves the form, method and plan of Settlement Class Notice; (7) mandates procedures and deadlines for Class Members to object or opt out; and (8) schedules a final approval hearing and related deadlines.

This motion is made on the grounds that Plaintiffs have satisfied all the requirements for preliminary approval of the proposed class action settlement under Rule 23(e)(2). This motion is based on the concurrently filed Memorandum of Points and Authorities, the previously filed Joint Stipulation in Support of Plaintiffs' Motion for Preliminary Approval of Class Settlement, the Declaration of Andrew Ryan, the Declaration of Stephen Weisbrot of Angeion Group, LLC Re: Proposed Notice Plan, the Declaration of Eleni Honderich, the Declaration of Jeremiah Ballew, the Declaration of Christian Tregillis, CPA, ABV, CFF, CLP, in Support of Motion for Preliminary Approval of Class Settlement and exhibits

1 | thereto, the pleadings and papers on file herein, and any other written and oral
2 | arguments that may be presented to the Court.

4 | Respectfully submitted,

THE RYAN LAW GROUP

7 | Dated: December 27, 2024          By: */s/Andrew T. Ryan*
                                         Andrew T. Ryan, Esq.
                                         Counsel for Plaintiffs Sara Ochoa and
                                         Kimberly Brown