UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JEREMIAH BALLEW and ELENI HONDERICH, on behalf of themselves and those similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>HUUUGE, INC., a Delaware corporation,<br><br>    Defendant. | CASE NO. CV 23-4324-GWAGRx<br><br>Assigned to Judge George H. Wu<br><br>**ORDER ON SECOND JOINT STIPULATION TO CONTINUE DEADLINE FOR CLASS NOTICE**<br><br>Filed: June 2, 2023 |

---

**[PROPOSED] ORDER ON JOINT STIPULATION TO CONTINUE DEADLINE FOR CLASS NOTICE**

# ORDER

The Court having considered the Parties' Joint Stipulation to Continue Deadline for Class Notice, and having approved the Stipulation for good cause shown,

IT IS HEREBY ORDERED:

1. The deadline for Administrator to send Class Notice shall be continued from May 30, 2025 to June 30, 2025.
2. The last day for class members to submit disputes, objections, or request for exclusion shall be continued from July 29, 2025 to August 28, 2025.
3. Last day to file a Motion for Final Approval, Motion for Attorney Fees, and Motion for Class Representative Service Award shall be continued from August 18, 2025 to September 17, 2025.
4. The Hearing on Motion for Final Approval, Motion for Attorney Fees, and Motion for Class Representative Service Award shall be continued from September 15, 2025 to October 16, 2025 at 8:30 a.m.

Dated: June 3, 2025

HON. GEORGE H. WU,
United States District Judge