UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JEREMIAH BALLEW and ELENI HONDERICH, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HUUUGE, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. CV 23-4324-GWAGRx<br><br>Assigned to Judge George H. Wu<br><br>**ORDER ON JOINT STIPULATION TO CONTINUE DEADLINE FOR CLASS NOTICE AND TO CLARIFY/AMEND NOTICE PROCEDURES** |

# ORDER

The Court having considered the Parties' Joint Stipulation to Continue Deadline for Class Notice And To Amend/Clarify Notice Procedures (the "Joint Stipulation"), and for good cause shown,

IT IS HEREBY ORDERED:

1. The Court approves the changes to the notice process set forth in the Joint Stipulation, paragraphs 6A-D.
2. The deadline for the Settlement Administrator to send Class Notice shall be continued to August 30, 2025.
3. The last day for class members to submit disputes, objections, or request for exclusion shall be continued to October 15, 2025.
4. The last day to file a Motion for Final Approval, Motion for Attorney Fees, and Motion for Class Representative Service Award shall be continued to November 15, 2025.
5. The Hearing on Motion for Final Approval, Motion for Attorney Fees, and Motion for Class Representative Service Award shall be continued to December 15, 2025 at 8:30 a.m.

Dated: July 2, 2025

_____
HON. GEORGE H. WU,
United States District Judge