NICHOLAS W. BROWN
Attorney General
ALISON E. CORDOVA, SBN #284942
Assistant Attorney General
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744
Alison.Cordova@atg.wa.gov
Attorneys for State of Washington

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| JEREMIAH BALLEW and ELENI HONDERICH, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HUUUGE, INC., a Delaware corporation,<br><br>Defendant. | NO. 2:23-cv-04324-GW-AGR<br><br>Assigned to Judge George H. Wu<br><br>NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE ATTORNEY GENERAL OF WASHINGTON STATE IN OPPOSITION TO CLASS ACTION SETTLEMENT<br><br>Date: September 18, 2025<br>Time: 8:30 a.m.<br>Courtroom: 9D<br>Judge: Hon. George H. Wu |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

AND TO: CLERK OF THE ABOVE-TITLED COURT

PLEASE TAKE NOTICE THAT proposed Amicus Curiae the State of Washington (Amicus), by and through its Attorney General, will and hereby does move this Court for an order granting leave to file a brief as amicus curiae in opposition to the proposed class action settlement (Settlement) between Plaintiffs and Defendant Huuuge, Inc. (Huuuge).

## I. MEMORANDUM OF POINTS AND AUTHORITIES

In support of this Motion, the State of Washington submits its brief and states as follows:

This Court has broad discretion to allow the filing of amicus curiae briefs. *See, e.g., Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982). "[G]enerally courts have 'exercised great liberality' in permitting amicus briefs." *California by & through Becerra v. United States Dep't of the Interior*, 381 F. Supp. 3d 1153, 1164 (N.D. Cal. 2019) (quoting *Woodfin Suite Hotels, LLC v. City of Emeryville*, No. C 06-1254 SBA, 2007 WL 81911, at *3 (N.D. Cal. Jan. 9, 2007)). "The 'classic role' of amicus curiae is to assist a court in a case of public interest by 'supplementing the efforts of counsel, and drawing the court's attention to law that escaped consideration.'" *Id.* at 1163–64 (quoting *Miller-Wohl Co. v. Comm'r of Labor & Indus. State of Mont.*, 694 F.2d 203, 204 (9th Cir. 1982) (granting leave to file amicus even though "brief raises the same issues as the parties' briefs" because "[t]he salient question is whether such brief is helpful to the Court").



ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744

The Attorney General is Washington State's chief law enforcement officer. It has a responsibility to protect consumers and to protect consumer class members under the Class Action Fairness Act (CAFA), which gives state Attorneys General a role in the class action settlement approval process. *See* 28 U.S.C. § 1715 (requiring that notice of proposed class-action settlements be provided to "appropriate State official[s]"); *see also* S. Rep. No. 109-14, at 5 (2005), *as reprinted in* 2005 U.S.C.C.A.N. 3, 6 (requirement "that notice of class action settlements be sent to appropriate state and federal officials" exists "so that they may voice concerns if they believe that the class action settlement is not in the best interest of their citizens."); *id.* at 35 (2005) ("notifying appropriate state and federal officials . . . will provide a check against inequitable settlements" and "[n]otice will also deter collusion between class counsel and defendants to craft settlements that do not benefit the injured parties").

The Attorney General of Washington State also enforces Washington's consumer protection laws and is general counsel to the state's Gambling Commission. *Gold Seal Chinchillas, Inc. v. State of Washington*, 69 Wash. 2d 828, 833 (1966); *see also* Wash. Rev. Code §§ 19.86.080(1), 9.46.060(1). As such, Amicus offers an important perspective on Washington's gambling laws, how the Settlement will likely encourage criminal activity prohibited under Washington's gambling laws, the intersection of Washington's gambling laws with Washington's Consumer Protection Act, and the strength of Washington class member claims.



ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744

Further, in October 2024, as part of a broader investigation into casino apps, the Attorney General of Washington State launched an independent civil investigation into Huuuge concerning potential violations of Washington's gambling and consumer protection laws. Cordova Declaration ¶ 3; *see also* Wash. Rev. Code § 19.86.110. Because of information acquired pursuant to the State's investigation, Amicus can also offer this Court important insights into the extent of Huuuge's exposure and whether the proposed Settlement relief is adequate in comparison. From this perspective, Amicus offers ideas, arguments, insights, and information that will be helpful to the Court in resolving this case. *Becerra,* 381 F. Supp. at 1164. The information and perspective that the Attorney General of Washington State offers is critical to understanding whether the Settlement is fair, adequate and reasonable for Washington consumers and respectfully submits that this context will help the Court determine whether the proposed settlement should be approved, in whole or in part.

Class Counsel and Counsel for Defendant Huuuge have communicated to the Attorney General of Washington State that they do not oppose this motion. Cordova Declaration ¶ 4. Amicus recognizes that the final approval hearing for the proposed settlement is scheduled for December 15, 2025, and does not propose any changes to the procedure of the case. However, the Attorney General of Washington State wishes to provide the Court with important context.



ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744

## II. CONCLUSION

WHERFORE, Amicus respectfully requests that the Court grant it leave to file Brief of Amicus Curiae Attorney General of Washington State in Opposition to Class Action Settlement (redacted version attached as Attachment 1) and Declaration of Alison E. Cordova in Support of Brief of Amicus Curiae Attorney General of Washington State in Opposition to Class Action Settlement (redacted version attached as Attachment 2) to assist in the resolution of this matter.

DATED this 19th day of August 2025.

NICHOLAS W. BROWN
Attorney General

*/s/ Alison E. Cordova*
ALISON E. CORDOVA, SBN #284942
Assistant Attorney General
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744
Alison.Cordova@atg.wa.gov
Attorneys for State of Washington