NICHOLAS W. BROWN
Attorney General
ALISON E. CORDOVA, SBN #284942
Assistant Attorney General
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744
Alison.Cordova@atg.wa.gov
Attorneys for State of Washington

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| JEREMIAH BALLEW and ELENI HONDERICH, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HUUUGE, INC., a Delaware corporation,<br><br>Defendant. | NO. 2:23-cv-04324-GW-AGR<br><br>Assigned to Judge George H. Wu<br><br>ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE ATTORNEY GENERAL OF WASHINGTON STATE IN OPPOSITION TO CLASS ACTION SETTLEMENT [PROPOSED]<br><br>Date: September 18, 2025<br>Time: 8:30 a.m.<br>Courtroom: 9D<br>Judge: Hon. George H. Wu |

Pending before this Court is the State of Washington's Unopposed Motion for Leave to File Brief of Amicus Curiae Attorney General of Washington State in Opposition to Class Action Settlement. This Court, having considered the entire record herein and being otherwise fully advised:

HEREBY ORDERS that Washington's Unopposed Motion for Leave is **GRANTED**.

**IT IS SO ORDERED.**

DATED this ______ day of ________________ 2025.

_________________________________
THE HONORABLE GEORGE H. WU
United States District Court Judge

Presented by:

NICHOLAS W. BROWN
Attorney General

*/s/ Alison E. Cordova*
ALISON CORDOVA, SBN #284942
Alison.Cordova@atg.wa.gov
Assistant Attorney General
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744
Attorneys for State of Washington