Andrew T. Ryan (SBN 227700)
THE RYAN LAW GROUP
317 Rosecrans Ave.
Manhattan Beach, CA 90266
Telephone: (310) 321-4800
Facsimile: (310) 496-1435
Email: Andrew.ryan@theryanlawgroup.com

Attorneys for Plaintiffs
Jeremiah Ballew and Eleni Honderich and
All Others Similarly Situated

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| JEREMIAH BALLEW and ELENI HONDERICH, on behalf of themselves and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HUUUGE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:23-cv-04324-GHW-AGR<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT**<br><br>Date: December 15, 2025<br>Time: 8:30 a.m.<br>Ctrm: 9D<br>Judge: Hon. George H. Wu |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE THAT** on December 15, 2025 at 8:30 a.m. or as soon thereafter as counsel may be heard in Courtroom 9D of the above-captioned Court located on the 9th Floor at 350 West 1st Street, Los Angeles, California 90012, Plaintiffs Jeremiah Ballew and Eleni Honderich, on behalf of themselves and all others similarly situated ("Plaintiffs"), by and through their undersigned counsel of record, will and hereby do move pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, for the Court to grant final approval of the Class Action Settlement Agreement and its amendments (the "Settlement") attached as Exhibit 1 to the concurrently filed Declaration of Andrew Ryan in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Motion for Attorneys' Fees, Costs, and Service Awards.

Specifically, Plaintiffs respectfully request that the Court (1) grant final approval of the Settlement; (2) finally certify the Settlement Class; (3) authorize the Settlement Administrator to administer the settlement benefits to members of the Settlement Class; (4) order Defendants to comply with the injunctive relief described in the Settlement; (5) enter the proposed final order and judgment; and, (6) rule on Plaintiffs' Motion for Attorneys' Fees, Costs, and Service Awards.

This motion will be heard concurrent with Plaintiffs' Motion for Attorneys' Fees, Costs, and Service Awards, which will be separately filed.

This motion is made on the grounds that Plaintiffs have satisfied all the requirements for final approval of the proposed class action settlement under Rule 23(e).

This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Andrew Ryan in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Motion for Attorneys' Fees, Costs, and Service Awards (and exhibits thereto) ("Ryan Decl."), the Declaration of Baro Lee Regarding Notice and Administration

1  (and exhibits thereto), the Order Granting Preliminary Approval of Class
2  Settlement, the pleadings and papers on file herein, and any other written and oral
3  arguments that may be presented to the Court.
4      Plaintiffs also rely on the evidence previously filed with the Court in
5  connection with their Motions for Preliminary Approval of Class Action Settlement,
6  which Plaintiffs incorporate herein by this reference. Plaintiffs have not re-filed this
7  evidence to avoid duplicative filings and excessive materials for the Court and its
8  staff.

Respectfully submitted,

Dated: November 17, 2025    THE RYAN LAW GROUP

By: /s/ Andrew T. Ryan
      Andrew T. Ryan

*Attorney for Plaintiffs*
JEREMIAH BALLEW and ELENI HONDERICH