UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-4324-GW-AGRx | Date | December 15, 2025 |
|---|---|---|---|
| Title | *Jeremiah Ballew, et al. v. Huuuge, Inc.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Terri A. Hourigan | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Andrew T. Ryan | Kevin E. Gaut |
| Amicus - Alison E. Corova, by telephone | Objector - J. Aaron Lawson |

**PROCEEDINGS:** **PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT [125]; and PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS [126]**

The Court's Tentative Ruling on Plaintiffs' Motions [125, 126] was issued on December 12, 2025 [135]. Court and counsel confer. For reasons stated on the record, Plaintiffs' Motions are TAKEN UNDER SUBMISSION and continued to January 26, 2026 at 8:30 a.m. The parties are to file a joint status report by noon on January 20, 2026.

|  | : | 06 |
|---|---|---|
|  | Initials of Preparer | JG |